IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARBARA HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-3277-CV-S-WAK |
| | ) | |
| MISSOURI DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On September 8, 2009, defendants filed a motion to exclude plaintiff's expert witnesses. In response to that motion and the court's order of November 4, 2009, plaintiff has withdrawn her designation of the five expert witnesses identified in the motion. Accordingly, it is

ORDERED that defendants' motion of September 8, 2009, to exclude plaintiff's expert witnesses is denied as moot. [37]

Dated this 18th day of December, 2009, at Jefferson City, Missouri.

                                                          _/s William A. Knox_____
                                                          WILLIAM A. KNOX
                                                          United States Magistrate Judge